Easy Care Acupuncture, PC, a/a/o Jonathan Nuamah, Plaintiff-Appellant, 
against
The Hartford Ins. Co., Defendant-Respondent.



Plaintiff, as limited by its briefs, appeals from so much of an order of the Civil Court of the City of New York, New York County (Gerald Lebovits, J.), dated July 9, 2014, as granted defendant's motion for summary judgment dismissing the complaint, and denied plaintiff's cross-motion for summary judgment, in an action to recover no-fault benefits in the sum of $2,255.




Per Curiam.
Order (Gerald Lebovits, J.), dated July 9, 2014, modified to the extent of denying defendant's motion for summary judgment and reinstating the complaint; as modified, order affirmed, with $10 costs. (see Easy Care Acupuncture, PC v The Hartford Ins. Co., appeal numbered 17-179, decided herewith.)
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: November 01, 2017